# Court of Appeals
# of the State of Georgia

ATLANTA, August 28, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2225. IN THE INTEREST OF: T. L. A/K/A T. J., A CHILD (FATHER).**

On February 11, 2014, the juvenile court terminated the father's parental rights to T. L., his minor child. The father filed a motion for reconsideration on March 3, 2014, which the trial court denied on May 14, 2014. He also filed a motion for new trial on March 13, 2014, which the trial court denied on April 2, 2014. The father then filed a direct appeal on April 30, 2014, and an application for discretionary appeal on April 25, 2014. We dismissed the application because we lacked jurisdiction over the untimely filed application.[1] See *In the Interest of: T. L.*, Application Number A14D0347 (dismissed May 23, 2014). We also must dismiss this direct appeal.

Pursuant to OCGA § 5-6-35 (a) (12), appeals from orders terminating parental rights must be made by filing an application for discretionary appeal. See *In the Interest of K. R.*, 285 Ga. 155 (674 SE2d 288) (2009). Thus, the father was required to follow the discretionary appeal procedures, as he attempted to do. We lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/28/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*

---

[1] The father failed to include with his application the order terminating his parental rights or his motion for new trial, so we could not ascertain whether the father's motion or his application for discretionary appeal were timely filed.